IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

CHRISTOPHER PAUL WALKER, #R8629                          PLAINTIFF

VERSUS                         CIVIL ACTION NO.   4:07cv85-DPJ-JCS

WARDEN DALE CASKEY, CAPTAIN R. GRUBBS,
OFFICER UNKNOWN MARSH, GEO INCORPORATED,
and CHRISTOPHER EPPS                                    DEFENDANTS

ORDER

The plaintiff has filed his response [9] as directed by the order [8]. Having further reviewed the allegations, this Court finds that the plaintiff has failed to specifically state how defendants Caskey and Epps violated his constitutional rights. Accordingly, it is hereby,

ORDERED:

1. That on or before October 11, 2007, the plaintiff shall file a written response to:

(a)  specifically state how defendant WARDEN DALE CASKEY violated his constitutional rights; and

(b) specifically state how defendant CHRISTOPHER EPPS violated his constitutional rights.

2. **That failure to advise this Court of a change of address or failure to timely comply with any order of this Court will be deemed as a purposeful delay and contumacious act by the plaintiff and will result in this cause being dismissed without prejudice and without further notice to the plaintiff.**

3.  That the Clerk of Court is directed to mail a copy of this order to the plaintiff at his last known address.

THIS, the 27th day of September, 2007.

*s/ James C. Sumner*  
UNITED STATES MAGISTRATE JUDGE