IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

CHRISTOPHER PAUL WALKER                                              PLAINTIFF

VS.                                                  CIVIL ACTION NO. 4:07cv85-JCS

CAPTAIN R. GRUBBS and
OFFICER "UKNOWN" MARSH                                     DEFENDANTS

## FINAL JUDGMENT

In accordance with this court's opinion and order of this date, judgment is hereby entered for Defendants and against Plaintiff, and the complaint is dismissed with prejudice as frivolous pursuant to 28 U.S.C. § 1915(e)(2)(B)(i). This dismissal shall count as a "strike" pursuant to 28 U.S.C. § 1915(g).

SO ORDERED AND ADJUDGED, this the 12th day of February, 2009.

                                       /s/ James C. Sumner
                                       _____
                                       UNITED STATES MAGISTRATE JUDGE